ORIGINAL

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Thomas Myers      481256
(Name of Plaintiff)   (Inmate Number)

1181 Paddock Rd Smyrna 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: (Case Number)
: (to be assigned by U.S. District Court)

vs.

(1) Correctional Med svc et. al
(2) Gov Ruth A. Minner et. al
(3) Carl Danberg et al.
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
JUL 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
IFP

I.    PREVIOUS LAWSUITS

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

II.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ··Yes ✓  ··No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ·(Yes)  ··No

C. If your answer to "B" is Yes:

   1. What steps did you take? _Followed through with med grievances and letters to staff_

   2. What was the result? _Neglect and total circumvention of care, severe indifference to pain and suffering_

D. If your answer to "B" is No, explain why not: _____

III.  **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Correctional medical svcs. et. al_
Employed as _Provider_ at _Smyrna, DE_
Mailing address with zip code: _1201 College Park Dr Dover, DE 19904 #101_

(2) Name of second defendant: _Gov Ruth A. Minner et. al_
Employed as _Governor_ at _Dover, DE_
Mailing address with zip code: _1 W. Penn St Dover, DE 19901_

(3) Name of third defendant: _Carl Danberg et al_
Employed as _Commissioner_ at _Dept. of Corr._
Mailing address with zip code: _245 McKee Rd Dover, DE 19901_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Correctional medical svcs. for (1) year have repeatedly ignored Plaintiff symptoms, denied access to specialty care, refused needed pain medication, and administered meds incompetently. Plaintiff had meds stopped

2. Gov Ruth A. Minner as Governor of the state of Delaware has been privy to all of the negotiations, and resolutions for poor care leading to fatalities and has allowed C.M.S to continue providing svcs.

3. Carl Danberg as incoming Commissioner in 2006 signed off on and agreed to points all of which are not corrected

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Plaintiff wishes the court to find and award damages for prolonged periods of severe pain with no medication, tests, or at the very least access to a "physician" when needed. Correctional medical will also provide the needed tests and provide proper medication always the correct R and dose. This medical conduct has existed during all of Commissioner Danbergs Authority

2. Gov Ruth A. Minner has presided over a period of time when outside oversight (including Fed) was called for, she should order the Dept of Corr. to inspect for compliance within 90 days.

3. The Dept. of Corrections will be ordered to prove compliance with all points signed Dec, 2006 and be ordered to pay damages to plaintiff for pain + suffering by knowingly contracting the services of C.M.S after the Dec 2006 finding

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of July, 2008.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

## Certificate of Service

I, __Thomas W. Myers__, hereby certify that I have served a true

and correct cop(ies) of the attached: __Civil Complaint Action__

_____ upon the following

parties/person (s):

TO: __Tracey Wilkens__
__Correctional Medical__
__101 College Park Dr.__
__Unit 101__
__Dover, De__
__19904__

TO: __Carl Danberg et. al.__
__245 McKee Rd__
__Dover, DE__
__19901__

TO: __Gov. Ruth A. Minner et. al.__
__1 W. Penn St__
__Dover, DE__
__19901__

TO: _____
_____
_____
_____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of _____, 2008

I/M: T. Myers
SBI# 481256   UNIT MH422
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk
U.S. District Court
Lockbox 18
844 N. King St
Wilm, DE    19801